UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHAZ WALLS,<br>    Plaintiff,<br>-v-<br><br>GRAPHIC PACKAGING CORPORATION,<br>    Defendant. | No. 1:20-cv-44<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 34), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

  **THIS ACTION IS TERMINATED.**

  **IT IS SO ORDERED.**

Date: May 24, 2021            /s/ Paul L. Maloney
                            Paul L. Maloney
                            United States District Judge